IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DALEQUINTUS DUJUAN DUHART,

   Plaintiff,

    v.

STATE OF GEORGIA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-1441-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action with prejudice for failure to obey a lawful order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED with prejudice.

SO ORDERED, this 7 day of October, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Duhart\r&r.wpd